69 So.2d 901

**BAGGETT TRANSPORTATION CO.**

v.

**STATE.**

3 Div. 678.

Supreme Court of Alabama.

Dec. 1, 1953.

Lange, Simpson, Robinson & Somerville, Birmingham, for appellant.

Si Garrett, Atty. Gen., and H. Grady Tiller and Wm. H. Burton, Asst. Attys. Gen., for appellee.

PER CURIAM.

Appeal dismissed.

71 So.2d 120

**Samuel BOYD v. STATE.**

6 Div. 696.

Supreme Court of Alabama.

March 11, 1954.

Matt H. Murphy, Jr., Birmingham, for petitioner.

Si Garrett, Atty. Gen., Robt. Straub, Asst. Atty. Gen., and Owen Bridges, Montgomery, of counsel, opposed.

LIVINGSTON, Chief Justice.

Petition of Samuel Boyd for certiorari to the Court of Appeals, to review and revise the judgment and decision of that County in the case of Boyd v. State, 71 So. 2d 119.

Writ denied.

SIMPSON, GOODWYN and MERRILL, JJ., concur.

69 So.2d 898

**Odis BURGESS v. STATE.**

8 Div. 743.

Supreme Court of Alabama.

Jan. 21, 1954.

Russell W. Lynne, Decatur, for petitioner.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Odis Burgess for certiorari to the Court of Appeals to Review and revise the judgment and decision of that Court in Burgess v. State, 69 So.2d 896.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.